UNITED STATES
DISTRICT COURT
Southern District of Alabama
Southern Division

# 00050053 - SK
February 1, 2005

Code    Case #      Qty      Amount

DEPOSIT  cv-04-829              425,000.00 CK
  Debtor - interpleader deposit


TOTAL→      425,000.00


FROM: BURGESS & HALE