IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TAIT ADVISORY SERVICES, LLC, | ) |
| | ) |
| PLAINTIFF, | ) |
| | ) |
| VS. | )  CIVIL ACTION NO. 04-829-BH C |
| | ) |
| DEALERS ASSURANCE COMPANY, | ) |
| et al, | ) |
| | ) |
| DEFENDANTS. | ) |

## NOTICE OF SETTLEMENT

The plaintiff hereby gives notice to this Court that the parties have reached a settlement of all issues in this civil action and have entered into a stipulation for settlement and dismissal with prejudice which said stipulation is attached as an exhibit hereto. The Court is requested to enter an appropriate order directing the Clerk of this Court to disburse the proceeds being held in this Court's Registry Account in accordance with the attached stipulation.

                                               **s/ John W. Kelly, III**

                                       John W. Kelly, III    Attorney Bar No. KELJ8316
                                       Attorney at Law
                                       530 Tremont St.
                                       P. O. Box 303
                                       Selma, AL 36702-0303
                                       Telephone (334) 875-5770
                                       Fax (334) 875-5772
                                       E-mail jkel@bellsouth.net

OF COUNSEL:
John W. Kelly, III
Attorney at Law
530 Tremont Street
P. O. Box 303
Selma, AL 36702-0303

## CERTIFICATE OF SERVICE

I do hereby certify that I have this 16th day of February, 2005, electronically filed the foregoing Notice of Appearance with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>Chad C. Marchand
>Attorney at Law
>P.O. Box 16046
>Mobile, AL 36616
>ccm@boronlatta.com
>
>Robert J. Kaufman
>Kaufman, Miller & Silvertsen
>P.O. Box 500189
>Atlanta, GA 31150-0189
>rjk@kauflaw.net
>
>Donald M. McLeod
>Attorney at Law
>P. O. Box 788
>Camden, AL 36726
>mcleod@pinebelt.net

**s/ John W. Kelly, III**

---

John W. Kelly, III    Attorney Bar No. KELJ8316
Attorney at Law
530 Tremont St.
P. O. Box 303
Selma, AL 36702-0303
Telephone (334) 875-5770
Fax (334) 875-5772
E-mail jkel@bellsouth.net